UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MELISSA ROBINSON-AGLES, | Case No. 2:20-CV-00812-MCE-CKD |
|---|---|
| Plaintiff, | **ORDER GRANTING WELLS FARGO BANK, N.A.'S EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT** |
| v. | |
| WELLS FARGO & COMPANY, *et al.*, | Current response date:   May 14, 2020<br>New response date:   May 21, 2020 |
| Defendants. | |

After consideration of Defendant Wells Fargo Bank, N.A.'s Stipulation for Extension of Time to File Response to Complaint and good cause having been shown, the Court rules as follows:

The Court GRANTS Defendant Wells Fargo Bank, N.A.'s Stipulation for Extension of Time to File Response to Complaint. Wells Fargo Bank, N.A.'s response to Complaint is due by May 21, 2020.

IT IS SO ORDERED.

Dated: May 15, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE