# UNITED STATES DISTRICT COURT

| Eastern | **District of** | California |

MELISSA ROBINSON-AGLES,
      Plaintiff (s),

V.

WELLS FARGO & COMPANY, et al.
      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:20-cv-00812-MCE-CKD

Notice is hereby given that, subject to approval by the court, __Experian Information Solutions, Inc.__ substitutes
(Party (s) Name)

__Kyle J. Maury__, State Bar No. __319164 (CA)__ as counsel of record in
(Name of New Attorney)

place of __Samuel A. Micon__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name: Jones Day
 Address: Brickell World Plaza, 600 Brickell Avenue, Suite 3300, Miami, FL 33131
 Telephone: (305) 714-9700   Facsimile (305) 714-9799
 E-Mail (Optional): kmaury@jonesday.com

I consent to the above substitution.
Date: February 12, 2021

    Mike Rozak, In House Counsel for Experian
    */s/ Mike Rozak*
    (Signature of Party (s))

I consent to being substituted.
Date: February 12, 2021

    Samuel A. Micon
    */s/ Samuel A. Micon*
    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: February 12, 2021

    /s/ Kyle J. Maury
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Dated: February 23, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE