UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA ROBINSON-AGLES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY, *et al.*,<br><br>　　　　　Defendants. | Case No.  2:20-CV-00812-MCE-CKD<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO DISCLOSE SUPPLEMENTAL EXPERT WITNESSES**<br><br>Current disclosure date: August 29, 2021<br><br>New disclosure date: October 5, 2021 |

# **ORDER**

After consideration of the Parties' Stipulation to Extend Time to Disclose Supplemental Expert Witnesses and good cause having been shown, the Court rules as follows:

The Court GRANTS the Parties' Stipulation to Extend Time to Disclose Supplemental Expert Witnesses. The Parties' disclosure of designated supplemental expert witnesses is due by October 5, 2021.

IT IS SO ORDERED.

Dated: September 21, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE